IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02241-WDM-BNB

SERGIO PEREZ,

    Plaintiff,

v.

JUAN GOMEZ AND
COMMERCE CITY,

    Defendants.

---

## NOTICE OF DISMISSAL AS TO JUAN GOMEZ ONLY

---

    The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint and this case are dismissed with prejudice as to Juan Gomez only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on August 14, 2006.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge