IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  05-cv-02241-WDM-BNB

SERGIO PEREZ,

    Plaintiff,

v.

JUAN GOMEZ AND
COMMERCE CITY,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 14, 2006.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge